**EXHIBIT A**



# Florida Department of Agriculture and Consumer Services
## Division of Animal Industry
### Bureau of Animal Disease Control

**NICOLE "NIKKI" FRIED**
**COMMISSIONER**

## OFFICIAL CERTIFICATE OF VETERINARY INSPECTION FOR INTRASTATE SALE OF A DOG OR CAT

**EXPIRES 30 DAYS FROM DATE OF ISSUANCE**

Pursuant to Section 585.14, 585.145 and 828.29, F.S., Rule 5C-27.001 F.A.C.

Section 828.29, Florida Statutes, provides that each dog or cat offered for sale within the state must be accompanied by a current Official Certificate of Veterinary Inspection (OCVI), issued by a veterinarian licensed by the state and accredited by the United States Department of Agriculture.

### SELLER
- **Name:** Petland Pembroke Pines
- **Address:** 356 N. University Drive
- **City:** Pembroke Pines
- **State:** FL
- **Zip Code:** 33024
- **Breeder Name and Address (if different from seller):**

### PURCHASER
- **Name:** James Peters
- **Purchase Date:** 9/5/20
- **State:** FL
- **Zip Code:** 33433

### ANIMAL IDENTIFICATION
- **Species:** ☒ Dog ☐ Cat
- **Age or Birth Date:** 7/7/2020
- **Sex:** ☒ Male ☐ Female
- **Breed(s):** Boston Terrier
- **Color(s):** Chocolate / White
- **Optional - Tattoo:**
- **Microchip:** 956000013505780

### HEALTH RECORD INFORMATION
#### IMMUNIZATIONS

| VACCINE | MANUF | TYPE | LOT # | EXP DATE | DATE OF ADMIN | DATE OF ADMIN | VACCINE | MANUF | TYPE | LOT # | EXP DATE | DATE OF ADMIN | DATE OF ADMIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Canine Distemper | ZOETIS | VANGUARD5P | 432144A | 09NOV21 | 09/05/2020 | | Bordetella | ZOETIS | IV | 402909B | 24OCT21 | 09/05/2020 | |
| Hepatitis | ZOETIS | VANGUARD5P | 432144A | 09NOV21 | 09/05/2020 | | Rabies | TOO | YOUNG | AT | THIS | TIME | **** |
| Parainfluenza | ZOETIS | VANGUARD5P | 432144A | 09NOV21 | 09/05/2020 | | Panleukopenia | | | | | | |
| Leptospirosis | Against | medical | advice | at | this | time | Feline Viral Rhinotracheitis | | | | | | |
| Canine Parvo | ZOETIS | VANGUARD5P | 432144A | 09NOV21 | 09/05/2020 | | Calicivirus | | | | | | |

| DIAGNOSTIC TEST | TEST TYPE | MANUFACTURER | DATE OF NEGATIVE TEST |
|---|---|---|---|
| Canine Heartworm | | | |
| Feline Leukemia | | | |
| Fecal Test | FLOTATION | IN HOUSE | 09/05/2020 |
| Other Test | | | |

| ANTHELMINTIC | TYPE | MANUFACTURER | DATE ADMINISTERED |
|---|---|---|---|
| Broad Spectrum | DEWORMER | PYRANTEL | 09/05/2020 |
| Other Anthelmintic | | | |

**OTHER INFORMATION/COMMENTS:** Puppy ID# 21206
Needs additional sets of vaccines.
Healthy puppy on routine per-purchase exam today.

**ISSUING VETERINARIAN CERTIFICATION:** I hereby certify that the described animal was examined by me on the shown date; that the vaccines, anthelmintic, and diagnostic tests herein were administered by me, or under my direction. Said animal is found to be healthy and to the best of my knowledge exhibits no sign of contagious or infectious disease, has no evidence of internal or external parasites, including coccidiosis and ear mites. To the best of my knowledge this animal has not been exposed to rabies, nor did the animal originate from and area under a quarantine for rabies.

- **Signature:**
- **Printed Name:** Brooke Mosher, DVM
- **Email:** ppa_pines@yourpetsvets.com
- **Telephone:** (954)271-2703
- **Exam Date:** 09/05/2020
- **Address:** 508 N University Dr
- **City:** Pembroke Pines
- **State:** Florida
- **Zip Code:** 33024
- **Clinic/Hospital Name:** Your Pets Vets
- **FL License No.:** VM15208
- **Accreditation no.:** 092699

Questions: State Veterinarian's Office: Division of Animal Industry, 407 S. Calhoun Street, Tallahassee, FL 32399-0800 Phone: (850) 410-0900 or www.FreshFromFlorida.com/AI
Distribution: One Copy – Purchaser, One Copy – Seller, One Copy – Examining Veterinarian
Retention: The examining veterinarian must retain one copy of the official certificate of veterinary inspection on file for at least 1 year after the date of examination. The seller must retain one copy of the official certificate of veterinary inspection on record for at least 1 year after the date of sale.

FDACS-09085 Rev. 01/18