**EXHIBIT B**

DocuSign Envelope ID: 6B8D7881-0645-4C04-812F-637D47048331

# PETLAND PEMBROKE PINES PUPPY WARRANTY


**PETLAND PETS MAKE LIFE BETTER!**

| | | |
|---|---|---|
| Pet ID: 21206 | Puppy Registry: American Kennel Club (AKC) | Customer: James peters |
| Breed: Boston Terrier | Puppy Birthdate: 7/7/2020 | Address: |
| Gender: Male | Puppy Sold Price: $6,000.00 | City/St/Zip: |
| Microchip: 956000013505780 | Puppy Sold Date: 9/5/2020 | Phone: |
| Coloring: Chocolate / White | Pet Counselor: Shelsey | Email: |

## LIMITED PUPPY PURCHASE WARRANTY

This warranty is void unless a licensed veterinarian examines this puppy within four business days of purchase (Available Monday-Saturday). During this initial exam, should the veterinarian diagnose any physical health problem that will require further veterinarian care, you may bring your puppy to Pou Veterinary Group 11549 North Kendall Drive Miami, FL 33176- 305-330-5567 where all reasonable diagnostics and treatment will be at no cost to you. If the animal's health problems are debilitating or critical in nature this Petland retailer will offer you another companion animal in exchange, up to your original purchase price. Pou Veterinary Group, whose findings will govern this warranty, must concur with any diagnosis.

## LIMITED 14-DAY PUPPY WARRANTY

Should a veterinarian diagnose this puppy with Parvo Virus, Distemper, Hepatitis or Canine Influenza within in the fourteen days immediately following your purchase you may bring your puppy to Pou Veterinary Group where all reasonable diagnostics and treatment will be at no cost to you.

## LIMITED 3-YEAR EXTENDED PUPPY WARRANTY

Should a veterinarian diagnose, within the first year of this puppy's life, a hereditary or congenital disorder that is currently interfering with this puppy's ability to lead a normal life or would cause a neurological or chemical imbalance that may lead to behavioral disorders; this Petland retailer will allow full credit of the original purchase price toward the purchase of another puppy of your choice. Pursuant to this extended warranty, during the second year of this puppy's life this Petland retailer will allow 50% credit of the original purchase price toward the purchase of another puppy. During the third year of this puppy's life this Petland retailer will allow 25% credit of the original purchase price toward the purchase of another puppy. You must supply this Petland retailer with your veterinarian's written report within fourteen days of diagnosis. Pou Veterinary Group, whose findings will govern this warranty, must concur with any diagnosis.

## LIMITATION OF WARRANTY

Puppies are not sold on a trial basis, and ALL PUPPY SALES ARE FINAL. There are NO RETURNS OR REFUNDS. This limited warranty is neither an all risk life insurance policy nor a short-term or long- term health insurance for your puppy. Petland will not reimburse or be responsible for any expenditure incurred at any veterinarian clinic other than Pou Veterinary Group. Medical treatment under this warranty applies to medical conditions clearly in effect before this puppy left this Petland store. Health conditions that develop after purchase which are not result of the puppies stay at Petland are not covered and are the customer's responsibility. For those puppies not under the care of Pou Veterinary Group after purchase, it is the customers' responsibility to document that the condition existed at the time of purchase and the puppy was under the continued care of a veterinarian for the condition in question. Fecal exams, vaccinations, dewormings, flea treatment, office visit fees, emergency hospital charges are not covered under this warranty. Costs for diagnostic procedures are not included in the 3-Year extended warranty and are the responsibility of the customer.

This Petland retailer warranties this puppy to the original purchaser only, this warranty is void if the puppy is sold, traded or no longer in the possession of the original purchaser. There is no warranty expressed or implied for hypoglycemia, training or behavior problems or for allergies either for the puppy or for people to the puppy. This puppy is provided solely for the purpose of a companion pet. There is no warranty expressed or implied that you will be able to use this pet for showing or breeding purposes. If your puppy is registerable, you will be notified when registration papers have arrived, usually eight weeks. Registration papers are provided as a courtesy. This Petland retailer is not responsible for errors, omissions or misrepresentation by others. If you are eligible for credit toward another puppy, you must assign and return registration documents that have delivered to you. This warranty is intended to clarify yours as well as this Petland retailer's rights and responsibilities in the event there is a problem with your puppy. The initial examination and timely submission of veterinarian reports are conditions precedent to the effectiveness of this limited warranty. The above constitute the entire warranties provided by this Petland retailer.

Purchasing a puppy should not be a impulsive decision and it is our customer's responsibility to understand that they are making a decision for the lifetime of the puppy. Petland does not allow returns or exchanges.

## WARRANTY CLAIMS & QUESTIONS

Please understand that the staff at Petland's retail location is unable to assist with any questions or claims pertaining to your pet purchase. Petland Pembroke Pines directs all pet owners with warranty claims & questions to Pet Care Solutions for any required assistance. You may call them any time at 1-800-513-8570. They are available EST Monday – Saturday 10am-10pm and Sunday 10:00am-7pm. Their website is www.petcare.solutions where you may submit you claim or questions electronically any time.

DocuSigned by:

I acknowledge that I have read, Understand and agree to the Petland Warranty and return policy as stated above.

CUSTOMER SIGNATURE _____
                    182609BEC238480...

Petland Pembroke Pines * 356 N. University Dr., Pembroke Pines, FL 33024 * 954-442-3106 * www.petlandflorida.com