<span style="color:red">**EXHIBIT C**</span>

# Know Your Rights Form

It is the consumer's right, pursuant to section 828.29, Florida Statutes, to receive a certificate of veterinary inspection with each dog or cat purchased from a pet dealer. Such a certificate shall list all vaccines and deworming medications administered to the animal and shall state that the animal has been examined by a Florida licensed veterinarian who certifies that to the best of his/her knowledge, the animal was found to have been healthy at the time of veterinary examination. In the event that the consumer purchases the animal and a veterinarian finds it to have been unfit for purchase, as provided in section 828.95(5), Florida Statutes, the consumer must notify the pet dealer with in two (2) business days of the veterinarian's determination that the animal was unfit for purchase. The consumer has the right to retain, return or exchange the animal and receive reimbursement for certain related veterinarian services rendered to the animal, subject to the right of the dealer to have the animal re-examined by another veterinarian.

**There shall be no returns or exchanges of any puppy or kitten for any reason provided the pet is deemed fit for sale as provided in the Florida Statute 828.95(5)- There will be no returns or exchanges accepted for landlord disputes, allergies, family disputes, change of heart, incompatibility with other household pets, behavioral issues, or any other reason except a veterinarian's statement of unfit for purchase.**

Purchaser acknowledges having read and considered this notice and herby agrees that PETLAND's return policy , as clearly stated above is understood.

Customer Signature: _[signed: DocuSigned by 162609BEC238480]_     Date: 9/5/2020

James peters
boca raton FL 33433

21206
956000013505780
Boston Terrier 7/7/2020