**EXHIBIT D**



DATE 9/5/2020   PUPPY I.D.# 21206   BREED Boston Terrier

|  | OWNER | EMPLOYEE |
|---|---|---|
| I have read and understand the **14-day warranty**. | *GP* | X |
| I have read and understand the **3-year extended Warranty.** | *GP* | X |
| I have read and understand the **Limitation of Warranty;** There is no warranty expressed or Implied that you will Be able to use this pet for **breeding or showing purposes**. | *GP* | X |
| I have read and understand that there are **no returns** on puppy/kitten sales. | *GP* | X |
| I fully understand that I am responsible for picking my _____ Registration Application, **8-12 weeks** after Date of purchase (If applicable). AKC & AKC Canine Partners Can be registered in **Store**. | *GP* *GP* | X X |
| Your Petland Pet has already been spayed or neutered. **YES / NO** | | |
| I have read and understand the health record showing All **up to date worming**, **vaccinations and special notes** About this Petland Pet | *GP* | X |
| I have read and understand what to watch for when This **Petland Pet changes environments**. | *GP* | X |
| I have read and understand Hypoglycemia & **What to do if it should occur**. | *GP* | X |
| I have read and understand the Pou Veterinary Group Offer and Vet bills will not be from anywhere but Pou Veterinary Group. I understand **what to do in case of an emergency** | *GP* | X |
| I fully understand Petland **does not** pay emergency Or other vet bills from any vet clinic, other than **Pou Veterinary Group.** | *GP* | X |
| I fully understand that the microchip is used for **Identification purposes only**. | *GP* *GP* | X X |
| I fully understand the informational sheet on **Canine Cough**. | | |

James peters

**Owner Print Name**

*JPete*

**Owner Signature**

shelsey gonzalez

**Employee Print Name**

*shelsey gonzalez*

**Employee Signature**