Case 0:21-cv-60486-RAR   Document 1-5   Entered on FLSD Docket 03/02/2021   Page 1 of 1
DocuSign Envelope ID: 6B8D7881-0645-4C04-812F-637D47048331

EXHIBIT E



# Things to Watch for Once Puppy Is Home!

1) Stress Levels can rise when your puppy goes home, this can cause your puppy not to eat, seem less playful, start having diarrhea or a respiratory infections.
2) Watch your puppy's activity level. Remember, they are babies and should be allowed plenty of rest. **We recommend for every ½ hours of playtime allow 3 hours rest in kennel/crate.**
3) Please also provide supervised socialization with Children. Children could hurt puppy without even knowing.
4) Make sure your puppy is eating and drinking. If you have a Small Breed Puppy, please refer to the information about Hypoglycemia @ bottom of sheet.
5) Pay attention to your puppy's Stool. It is not uncommon for the stool to be a little soft for the first 48 hours. Should any mucous or diarrhea occurs, Please contact Pou Veterinary Group



# HYPOGLYCEMIA

Hypoglycemia, or low blood sugar, is a disorder caused by inadequate sugar in the blood stream. It is most commonly seen in small or toy breed puppies. Tiny puppies are more susceptible as they are easily exhausted and their limited reserves of energy can be depleted. A hypoglycemic puppy may do one or more of the following: Act "droopy", stagger, look glassy-eyed, tremble, and appear weak and even pass out. At this point, your puppy must have some nourishment. Try adding a little warm water to the dry food. Try adding a little beef or chicken broth. Try adding a little canned puppy food to the dry food. Cook a little hamburger and rice. Going to a new home is very stressful for puppies, so it is very important that they eat often and drink plenty of water. We recommend supplementing their diet with <u>Puppy Boost 4 to 5 times a day</u>, especially after exercising and playtimes. Hypoglycemia, if left unnoticed, can be very serious. IF YOUR NEW PUPPY STILL DOES NOT SHOW ANY INTEREST, CONTACT US IMMEDIATELY!

**Hypoglycemia is not covered under any warranty or lifetime program.**

**Your Puppy is eating**

☐ ¼ cup    ☐ 2xday
☐ ½ cup    ☐ 3xday
☐ ¾ cup

DocuSigned by:
_____
162609BEC238480...

Customer Signature