DocuSign Envelope ID: 6B8D7881-0645-4C04-812F-637D47048331

EXHIBIT F

# PUPPY FOR A LIFETIME PROGRAM

**Pet ID**: [RETAILER_PET_ID]  **Breed**: Boston Terrier  **Gender**: Male  **Microchip**: 956000013505780
**Coloring**: Chocolate / White  **Birthdate**: 7/7/2020  **Registry**: American Kennel Club (AKC)
**Sold Price**: $6,000.00  **Sold Date**: 9/5/2020  **Pet Counselor**: Shelsey

**Customer**: James peters
**Address**:
**City/State/Zip**:
**Phone**:
**Email**:



**To Qualify**:    INITIAL_____

You must make the following purchases from Petland Pembroke Pines.

Customer items must be purchased for the life of the pet:
1) Vet's Choice Health Extensions food
2) Vet's Choice Health Extensions vitamins
3) Vet's Choice Health Extensions supplement. Either Joint Mobility or Skin & Coat

A purchase of the above items must be made at least every 90 days to qualify for the program.

**Coverage**:    INITIAL_____

Petland Pembroke Pines will provide you with a full store credit toward the purchase of another puppy for the following reasons:

1) Passing from old age
2) Passing from medical or health issue

*Please Note: A letter from a licensed Veterinarian is required prior to issuing store credit. Not covered: animal neglect/abuse and hypoglycemia.

Nutrition is one of the biggest components for a pet to lead a healthy life.
All purchases will be tracked through the Petland Customer Database at Petland Pembroke Pines

INITIAL_____

**LIMITATION OF PROGRAM AND LEGAL DISCLAIMER**:

This program is issued by Petland Pembroke Pines, which does business under the name Petland CPLLC.. Petland Pembroke Pines is a franchise of Petland, Inc. Petland Pembroke Pines uses the Petland name under a license from Petland, Inc. Petland, Inc. is not a party to this program and has no obligations as a result of this program. There are NO RETURNS OR REFUNDS. This program is neither an all-risk life insurance policy nor short-term or long-term health insurance for your puppy. Petland Pembroke Pines will not reimburse or be responsible for expenses at any veterinarian. Failure to follow veterinarian-provided treatment guidelines shall void the program. This program applies to this puppy and to the original purchaser only; this program is void if the puppy is sold, traded or no longer in the possession of the original purchaser. The initial examination and the timely submission of veterinarian reports are conditions precedent to the effectiveness of this program. The above constitute the entire program provided by Petland, Inc., which does business under the name Petland Pembroke Pines. Should this location close or change ownership, this program is non-transferable to another Petland location.

I acknowledge that I have read and understand the Puppy for a Lifetime Program as stated above.

**CUSTOMER SIGNATURE**: _____
162609BEC238480...