# Petland | PINES

## THE VALUE OF A PETLAND PUPPY
### Our Puppies Health Comes First!

- All of our puppies come from the **Top 2% of U.S.D.A. licensed breeders** with no direct violations.
- We provide free lifetime wellness exams at **Your Pets Vets**, courtesy of **Petland Pembroke Pines.**
    - 50% OFF spay/neuter at **Your Pets Vets.**
    - 10% OFF all medical services at **Your Pets Vets.**
- **A Health Certificate** showing up-to-date vaccinations and deworming treatments.
- **14-days viral/bacterial warranty.**
- An exclusive, extended **3-year Hereditary/Congenital warranty** on all of our puppies.
- We provide our Puppy for a Lifetime program. This means **we will provide you with a puppy for the rest of your life!** Ask a Pet Counselor for more details.
- We have a veterinarian visit our store twice a week.
- Each puppy goes home with a **30-days supply of vitamins, a bottle of Longevity-Drops Supplements, Joint Mobility Supplement, Skin and Coat Supplement.**

### We are Devoted to Help Our Customers Train their New Puppy!

- **In-store training** on the 4 Basic Needs with a detailed session on housebreaking and teething. Entire training kit is available!
- **6 Weeks Training Program** with a professional trainer every week.
- A toll-free **1800 number with a free lifetime enrollment** for all training questions.
- Hours of **training video** feeds via internet.

### Extra Fun Amenties!

- Each puppy comes with a **microchip for lifetime identification** with AKC, CAR & HelpMeFindMyPet (Amber Alert).
- We provide a **Lifetime Membership** to our store that provides various discounts.
    - We cut nails and clean ears for any of your pets at a 50% discount. (Available Mon-Sun 10am-9pm)
- We also give **registration papers** and **three generation pedigree** on most breeds.
- Our puppies are **socialized** with children, adults and other dogs.

## Financing Available!

Counselor: _____



356 N University Dr, Pembroke Pines, FL 33024
954.442.3106 | info@petlandflorida.com

www.petlandflorida.com