**EXHIBIT H**



Credit Account Sales Receipt

| | |
|---|---|
| Date: | 09-05-2020 |
| Account Holder: | JAMES PETERS |
| Location: | PETLAND PEMBROKE, 117 |
| Plan Selected: | 12 MONTH DEFER INTEREST, 1% PAYMENT REQUIRED (412) |

**No interest if paid in full within 12 months.** Interest will be charged to your account at the standard APR of 29.99% from the purchase date if the purchase balance is not paid in full within the 12 month promotional period or if you make a late payment. Minimum monthly payments are required for this plan during the promotional period. Required minimum purchase of $999.00.

Purchase must be made using Petland Credit Card Account offered by Comenity Capital Bank which determines qualifications for credit and promotion eligibility. Account must be in good standing at the time of purchase. At no time will the minimum payment due be less than $35. Minimum Interest Charge is $2 per credit plan. Minimum monthly payments for this credit plan during the promotional plan period will be greater of:

the amount of $5 or 1% of your promotional credit plan balance (rounded up to the nearest $1). **Paying only the minimum monthly payment may NOT pay off the full promotional balance by the end of the promotional period.** Any balance remaining after the promotional period will be added to the balance for the non-promotional purchases and the minimum monthly payment will increase. Standard APR of 29.99%. Subject to credit approval and availability.

---

| | |
|---|---|
| Account #: | ... 8962 |
| Authorization #: | 1199 |
| Amount Financed: | $6,752.66 |

I agree to pay for these goods or services according to the terms of my Petland Credit Card Agreement and if applicable, any Promotional Credit Plan, which may apply to this transaction. If any purchase is not satisfactory, it will be subject to provider's refund policy.

Please document the following information from the customer's valid photo ID:

**Type of photo ID** _____

Please PRINT; do not use abbreviations or document ID #. Document military branch if applicable.

**ID Expiration** _____

Please print the full date: mm / dd / yyyy

**ID State** _____

Please PRINT; do not use abbreviations

**Customer's Full Name** _____

Please PRINT exactly as it appears on the ID

_____    _____

Account Holder/Authorized User Legible Signature                Date

**Petland**

## Estimated Purchase Amount: $ 7,201.90

## Promotional Plan

**Plan Term:**
12 MONTH DEFER INTEREST, 1% PAYMENT REQUIRED (412)

**Estimated Monthly Payment:**
$601 / Month

**Estimated Total Cost:**
$7,201.9

**Defer Interest Low Payment Required**
**No interest if paid in full within 12 months.** Interest will be charged to your account at the standard APR of 29.99% from the purchase date if the purchase balance is not paid in full within the 12 month promotional period or if you make a late payment. Minimum monthly payments are required for this plan during the promotional period. Required minimum purchase of $999.00.

Purchase must be made using Petland Credit Card Account offered by Comenity Capital Bank which determines qualifications for credit and promotion eligibility. Account must be in good standing at the time of purchase. At no time will the minimum payment due be less than $35. Minimum Interest Charge is $2 per credit plan. Minimum monthly payments for this credit plan during the promotional plan period will be greater of:
the amount of $5 or 1% of your promotional credit plan balance (rounded up to the nearest $1). **Paying only the minimum monthly payment may NOT pay off the full promotional balance by the end of the promotional period.** Any balance remaining after the promotional period will be added to the balance for the non-promotional purchases and the minimum monthly payment will increase. Standard APR of 29.99%. Subject to credit approval and availability.

The estimated minimum payment due shown reflects the amount due if your previous balance is zero. Purchase must be made using your credit account. If your previous balance is not zero, see your Credit Card Agreement for additional information regarding the minimum payment due. The estimated monthly payment was calculated using the following assumptions: payments are made each period; no debt cancellation or suspension agreement applies to the Account; no taxes or ancillary charges are or will be added to the Account; goods or services are delivered on a single date; and you are not currently and will not become delinquent on the Account.

# Petland Financing Application

| | |
|---|---|
| PC: _____ | Petland CC |
| Puppy Ref#: _____ | Lending USA |
| Price: _____ | UCFS |
| | Easy Pay |
| | American First |
| | Other |

## Personal Information

| First Name | Middle Name | Last Name |
|---|---|---|
| James | | Peters |

| Date of Birth | SSN | Email |
|---|---|---|
| [redacted] | [redacted] | jdp7278@gmail |

| Home Phone Number | Cell Phone Number |
|---|---|
| | [redacted] |

## Address

[redacted]

| City: [redacted] | State: [redacted] | Zip: [redacted] |
|---|---|---|

### Residence Type

| Own ✓ | Rent | Lives With Relatives |
|---|---|---|
| Monthly: 60 | Value: | Balance: |
| Time at Residence Y: 18  M: | | House or Apartment |

Are you a US Citizen?   YES   NO

## Previous Address (if less than 3 yrs. at present)

| City: | State: | Zip |
|---|---|---|

### Residence Type

| Own | Rent | Lives With Relatives |
|---|---|---|
| Time at Residence | Y: | M: |

## Previous Employer (if less than 3 yrs. at present)

| Employer Phone # | |
|---|---|

## Employment Information

| Yes | No | Full | Part-Time |
|---|---|---|---|

| Employer [redacted] | Phone # | Pay Frequency Weekly |
|---|---|---|
| Years There 27 | Monthly/Household Income 8500 | Next Pay Date 9/11 |

## Employer Address

[redacted]

| City [redacted] | State [redacted] | Zip [redacted] |
|---|---|---|

## Bankruptcy

| Yes – Open | Yes – Discharged | No |
|---|---|---|

## Banking Information

| Bank Name | |
| Account # | |
| Routing # | |
| Debit/Credit # | |
| Expiration Date | |
| CVV | |

## Reference

| First Name | | Last Name | |
| Phone # | | Relationshi | |

TO THE BEST OF MY KNOWLEDGE, ALL OF THE INFORMATION ON THIS CREDIT APPLICATION IS COMPLETE AND ACCURATE. I AUTHORIZE THE SELLER OR ANY ASSIGNEE (INCLUDING, BUT NOT LIMITED TO UCFS, LENDING USA, AMERICAN FIRST FINANCING, EASY PAY, AND PETLAND CREDIT CARD) TO MAKE WHATEVER INQUIRIES THEY DEEM NECESSARY TO EVALUATE MY CREDIT AND IF THEY EXTEND CREDIT TO COLLECT, SKIP TRACE OR SERVICE MY ACCOUNT. I EXPRESSLY AUTHORIZE ANY THIRD PARTY (I.E. CREDIT REPORTING AGENCY, CREDITOR, BANK OR INSTITUTION, EMPLOYER, LANDLORD, ETC.) TO RELEASE WHATEVER INFORMATION IS REQUESTED CONCERNING ME THAT THE SELLER OR ITS ASSIGNEE MAY REQUEST FOR THESE PUPOSES. IF A CREDIT REPORT IS OBTAINED BY AN ASSIGNEE, I AUTHORIZE THE ASSIGNEE TO SHARE INFORMATION IN THAT REPORT WITH THE SELLER.

Buyer Signature: X [signature]                Date: __ __ __

```
            Petland
         Pembroke Pines
       356 N University Drive
       Pembroke Pines, FL 33024

                        Order# 706685
                  Customer: James Peters
                  Date: 9/5/20, 5:53 PM

Microchip Activation              $99.99
Lifetime Protection Program      $129.99
LEASH 1X6 TAN TARTAN              $20.99
CLIP COLLAR XS 5/8 TAN TARTAN     $12.99
RC CIRQUE HARNESS TAN TARTAN XS   $19.99
HE CHKN & BRWN RICE LTL BITE 4#   $14.99
2 HE SLMN CAN 13.2 OZ              $5.98
   $2.99 each
NYLA PUPPY CHEW PETITE BLUE        $4.99
PL TENNIS BALL 1.25"               $0.99
Boston Terrier 21206            $7499.99
   Discount:                   -$1499.99
SM HOMECOMING KIT W/O CRATE      $149.99
   Discount:                    -$149.99

Total Item Count:                     12

Subtotal:                       $6310.90
Total Tax:                       $441.76

Total:                          $6752.66

Customer Paid Petland Credi     $6752.66

Petland Credit Card Finance:         $0
                                    .00
Petland Credit Card Finance   james pete
rs
Purchases Balance:                  0.00
```

You only need 100.00 more purchase points to reach your next reward

Due to COVID-19, Petland has taken certain precautions to ensure the safety of both you and our employees. We will not be accepting any returns, refunds, or exchanges of any kind within our stores.



```
            Petland
         Pembroke Pines
       356 N University Drive
       Pembroke Pines, FL 33024

                        Order# 706685
                  Customer: James Peters
                  Date: 9/5/20, 5:53 PM

Petland Credit Card Finance
  james peters

Paid With: Petland Credit Card Finance
Total:                          $6752.66
```

Due to COVID-19, Petland has taken certain precautions to ensure the safety of both you and our employees. We will not be accepting any returns, refunds, or exchanges of any kind within our stores.

***Merchant Copy***





## Summary of account activity

PAGE 1 OF 4

Account no.      ****_****_****-8962

| | |
|---|---|
| Previous balance | $0.00 |
| Payments | 0.00 |
| Other credits | 0.00 |
| Purchases | 6,752.66 |
| Other debits | 0.00 |
| Fees charged | 0.00 |
| Interest charged | 0.00 |
| **New balance** | **$6,752.66** |
| Past due amount | 0.00 |
| Credit limit | $8,500.00 |
| Available credit | $1,747.34 |
| Statement closing date | 09/11/2020 |
| Days in billing cycle | 35 |

## Payment information

| | |
|---|---|
| New balance | $6,752.66 |
| Minimum payment due | $68.00 |
| Payment due date | 10/07/2020 |

**Late payment warning:**
If we do not receive your minimum payment by 10/07/2020 you may have to pay up to a $40.00 late fee.

**Minimum payment warning:** If you make only the minimum payment for each period, you will pay more in interest and it will take you longer to pay off your balances. For example:

| If you make no additional charges using this card and each month you pay: | You will pay off the balance shown on the statement in about: | And you will end up paying an estimated total of: |
|---|---|---|
| Only the minimum payment | 17 years | $21294 |
| $289 | 3 years | $10405 (savings $10889) |

For information regarding credit counseling services, call 1-800-284-1706.

You must pay the balance $6,752.66 of your Plan 412-00001 in full by Sep 06, 2021 to avoid paying accrued interest charges.

Account Questions? Need to make a payment? Want to know how to go paperless?
Visit **comenity.net/petland** or call 1-866-499-4761 (TDD/TTY: 1-888-819-1918).

If you returned an item that was on a promotional plan and have questions with how the return was applied to your account, please call us.

Skip signing in to pay and use Comenity's EasyPay. It's safe and convenient. Use your smartphone camera or code reader to scan the QR code printed on your payment stub below to get started.

## Details of your transactions

| TRANS DATE | TRANSACTION DESCRIPTION/LOCATION | AMOUNT |
|---|---|---|
| 09/05/2020 | Petland PROMO PURCHASE - PEMBROKE PINES-FL | 6,752.66 |

### Fees

| | |
|---|---|
| Total fees charged for this period | $0.00 |

### Interest charged

| | |
|---|---|
| Interest charge on purchases | $0.00 |
| Total interest for this period | $0.00 |

**2020 totals year to date**

| | |
|---|---|
| Total fees charged in 2020 | $0.00 |
| Total interest charged in 2020 | $0.00 |

NOTICE: See reverse side for important information.
Please tear at perforation above




| Account number | ****_****_****-8962 |
|---|---|
| New balance | Minimum payment |

PAGE 3 OF 4

## Interest charge calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account. See BALANCE COMPUTATION METHOD on page 2 for more details. Minimum interest charge may exceed interest charge below, per your credit card agreement.

| TYPE OF BALANCE | APR | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 29.9900% | 0.00 | 0.00 |
| Plan 412-00001 DF INT LOW PMT | 29.9900% | 1,353.87 | 0.00 |

## Details of your plans

**412-00001** You must pay your promotional balance of $6,752.66 in full by 09/06/2021 to avoid paying accrued interest charges.

| ORIGINAL PURCHASE AMOUNT | ORIGINAL PURCHASE DATE | PLAN EXPIRES | PREVIOUS PLAN BALANCE | PURCHASES & CHARGES | PAYMENTS & CREDITS | NEW PLAN BALANCE | TOTAL ACCRUED INTEREST |
|---|---|---|---|---|---|---|---|
| $6,752.66 | 09/05/2020 | 09/06/2021 | 0.00 | 6,752.66 | 0.00 | 6,752.66 | 38.93 |

## Additional important messages

Effective November 2, 2020, the cutoff times for payments to be credited on the same day when the payments are made over the phone and online are changing. Telephone and online Account Center payments made by 6:00 pm Eastern Time will post on the same day. Please see the information provided on the back of the first page of your statement for more details about payment cutoff times.

**Important Reminder:** If you make a purchase with this credit card using a promotional plan, the promotional plan expiration date and payment due date may be different. This means that if you have any remaining promotional plan balance after the promotional plan expiration date, the balance and any accrued interest (if applicable), will move to your regular revolving plan on the next billing statement.

**How to avoid or minimize interest charges:** Be sure to pay any promotional plan balance in full on or before the plan expiration date shown in the "Details of your plans" section of your statement. Please also keep an eye out for notifications of when your promotional plan(s) are nearing their expiration date—you'll see them in the red box on page 1 of your statement. If you have questions, please call us toll-free at 1-866-499-4761 (TDD/TTY:1-888-819-1918). To learn more about how promotional plans work, visit comenity.com/financial-education. We're always happy to help.

Federal Law requires us to provide the following notice: We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

Another perk of going paperless? View, download, and print 12 months of statements, anytime 24 hours a day. It's free! https://comenity.net/petland/paperless

Find out how to shop safely online at onguardonline.gov