EXHIBIT I

# Health Record

| | | | |
|---|---|---|---|
| Company: | Blue Ribbon Puppies | | |
| Name: | Levi H Graber | | Invoice No. |
| Address: | 8478 N 1000 E | | IN163071 |
| City: | Odon | State: IN Zip Code: 47562 | |
| Phone #: | 812-787-1185 | USDA #: 32-B-0233 | |
| Country: | United States | | |

| Health Record For | | MicroChip #: | 956000013505780 | | |
|---|---|---|---|---|---|
| Pup #: | 203535-02 | Boston Terrier | M | Color / Mkgs | chlt & wh, |
| Date Of Birth: | 7/7/2020 | Reg # | NP61049602 | Registry: | American Kennel Club |
| Breeder: | Devon Schlabach USDA#:43-A-5928* | | | | |
| | 28003 Jaguar Pl, Princeton, MO, 64673, US | | | | |
| Sire: | Reg # NP47707501 | Name: | Shadow's Bossy Boy | Registry: | American Kennel Club |
| Dam: | Reg # NP44062801 | Name: | Bearly Black | Registry: | American Kennel Club |
| | Sire Height: | Sire Weight: 28 | Dam Height: | | Dam Weight: 20 |

| Category | Name | Manufacturer | Lot # | Expires | Date Given |
|---|---|---|---|---|---|
| Medication | Pyrantel | Columbia Labs | 19812 | 10/01/2021 | 07/14/2020 |
| Medication | Pyrantel | Columbia Labs | 19812 | 10/01/2021 | 07/21/2020 |
| Medication | 5 Day Safe Guard Treatment | MERCK | E872A02 | 08/01/2021 | 07/30/2020 |
| Vaccination | Nobivac: Intra-Trac 3 | MERCK | 00541416C | 02/13/2021 | 07/30/2020 |
| Medication | Toltrazuril 5% 50mg/ml | Equitox Pharma | OLTRAZ50S8G20B0 | 09/01/2020 | 08/04/2020 |
| Vaccination | Neopar (High Titer Parvo) | Neotech Labs | 7220 | 08/11/2020 | 08/11/2020 |
| Vaccination | NeoVac (DA2) | Neotech Labs | 9060 | 11/21/2022 | 08/11/2020 |
| Medication | Ivermectin 1% | Aspen | 7121-94B | 04/20/2021 | 08/11/2020 |
| Medication | 5 Day Fenben/Metro Treatment Twic | Rx Solutions Pharmacy | FMS1001006G20C04 | 10/01/2020 | 08/13/2020 |
| Vaccination | Nobivac: Intra-Trac 3 | MERCK | 00541416C | 02/13/2021 | 08/18/2020 |
| Medication | Toltrazuril 5% 50mg/ml | Equitox Pharma | OLTRAZ50S8G20B0 | 09/01/2020 | 08/18/2020 |
| Vaccination | Neopar (High Titer Parvo) | Neotech Labs | 7220 | 08/11/2020 | 08/21/2020 |
| Vaccination | NeoVac (DA2) | Neotech Labs | 9060 | 11/21/2022 | 08/25/2020 |
| Medication | Ivermectin 1% | Aspen | 7121-94B | 04/20/2021 | 08/25/2020 |
| Medication | 5 Day Fenben/Metro Treatment Twic | Rx Solutions Pharmacy | FMS1001006G20C04 | 10/01/2020 | 08/27/2020 |
| Medication | Fecal | Attending Vet | Negative | | 09/01/2020 |
| Medication | Toltrazuril 5% 50mg/ml | Equitox Pharma | OLTRAZ50S8G20B0 | 09/01/2020 | 09/01/2020 |

# SHADOW'S BOSSY BOY

#203535

| Registration: | NP47707501 (AKC) | Sire: | UR19600601 |
| --- | --- | --- | --- |
| Breed: | BOSTON TERRIER | Dam: | UR19859001 |
| Sex: | M | Titles: | |
| Color: | BLACK & WHITE | CHIC #: | N/A |
| Birthdate: | Jul 23 2017 | Addtl. Reg. # | |
| DNA Profile: | | | |

Add a photo to your dog's record.
Click here to learn more.

### TEST RESULTS

| OFA Number | Registry | Test Date | Report Date | Age (mos) | Final Conclusion |
| --- | --- | --- | --- | --- | --- |
| BTR-361G34M-VPI | HIPS | Jun 18 2020 | Aug 10 2020 | 34 | GOOD |
| BTR-CA1221/34M/P-VPI | CARDIAC | Jun 18 2020 | Aug 5 2020 | 34 | NORMAL - PRACTITIONER |
| BTR-LP188/34M-VPI | LEGG-CALVE-PERTHES | Jun 18 2020 | Aug 10 2020 | 34 | NORMAL |
| BTR-PA2927/34M/P-VPI | PATELLA | Jun 18 2020 | Aug 5 2020 | 34 | NORMAL - PRACTITIONER |

© 2020 Orthopedic Foundation for Animals. All information, including search results from the OFA database, displayed on the OFA website, are copyrighted property of the OFA. Any type of public reproduction is strictly prohibited without the express permission of the OFA.

Info on the Dam, BearlyBlack, was not provided even though I requested. Was told it couldn't be located but would be emailed to me. Still waiting for that email



United States Department of Agriculture
Animal and Plant Health Inspection Service

SOSBORNE

2016082569654996 Insp_id

## Inspection Report

Devon Schlabach
28003 Jaguar Pl
Princeton, MO 64673

Customer ID: **330503**
Certificate: **43-A-5928**
Site: **001**
DEVON SCHLABACH

Type: ROUTINE INSPECTION
Date: 18-NOV-2019

No non-compliant items identified during this inspection. This inspection and exit interview were conducted with licensee.

Prepared By: **OSBORNE STEPHANIE, A C I**
OSBORNE STEPHANIE, A C I     USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR   5054

Date: 18-NOV-2019

Received By: 
Title:

Date: 18-NOV-2019