James D Peters


January 12, 2021

Equifax Information Services, LLC
P.O. Box 105069
Atlanta, GA 30348

Experian
P.O. Box 4500
Allen, TX 75013

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

Re:   James D Peters
      Social Security Number:

To Whom It May Concern:

I am writing to dispute the following information in my file: Comenity Bank- Petland Credit Card is inaccurate. I never applied for credit with Comenity Bank. The item purchased was defective and was actually returned to Petland and they did not provide me with a receipt or any documentation. I do not owe the amount of money that is claimed. I demand that the account be deleted/removed from my credit file immediately.

To verify my identity, I have attached a copy of my Driver's License, Pxxx-xxx-xx-       , a copy of my social security card and an AT&T bill. I am requesting that the item be deleted immediately to correct the information.

Please reinvestigate this matter and delete the disputed item(s) as soon as possible. If you have any questions or require additional documents, please contact me at

Sincerely,


James D Peters

**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transunion Consumer Solutions
P.O Box 4500
Allen, TX 75013

9590 9402 6148 0209 6582 92

2. Article Number

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [TransUnion LLC stamp]
☐ Agent
☐ Addressee

B. Received by (Printed Name) — C. Date of Delivery: JAN 25 2021

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax Information Services
PO Box 105069
Atlanta, GA 30348

9590 9402 6148 0209 6583 08

2. Article Number (Transfer from service label)

7019 0700 0000 0113 1246

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name): William Allen
C. Date of Delivery: JAN 21 2021

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**Receipt 3:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Experian
P.O Box 4500
Allen, TX 75013

9590 9402 6148 0209 6582 85

2. Article Number (Transfer from service label)

7019 0700 0000 0113 1260

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-    Domestic Return Receipt